# Court of Appeals
# of the State of Georgia

ATLANTA,  February 18, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1158. BURT THOMPSON v. THE STATE.**

A jury convicted Burt Everet Thompson of kidnapping with bodily injury, armed robbery, and three counts of aggravated assault. This Court affirmed his convictions. See *Thompson v. State*, 314 Ga. App. 469, 472 (724 SE2d 475) (2012). Thompson subsequently filed a "Motion for De Novo Hearing," alleging problems with his arrest warrants and indictments and asserting ineffective assistance of his trial counsel. The trial court denied his motion, and Thompson now appeals. We lack jurisdiction.

After a criminal conviction has been affirmed, a defendant seeking to challenge his conviction has three available remedies: he may file an extraordinary motion for new trial, a motion in arrest of judgment, or a petition for habeas corpus. *Harper v. State*, 286 Ga. 216, 217-218 (1) (686 SE2d 786) (2009). None of these remedies support the instant appeal. Thompson, in essence, seeks again to challenge his convictions. However, he is not authorized to seek relief in this manner. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010) (post-conviction motion seeking

to vacate an allegedly void conviction is not a valid procedure in a criminal case). Therefore, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,   02/18/2020*
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*